IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Case No.  0753-2; 2018-cr-20001-001 |
| ) | |
| ) | |
| JAMONHE DANNYAE WATKINS, ) | |
| Defendant. ) | |

**DEFENDANT'S COMMENTARY ON SENTENCING**

NOW COMES Defendant, JAMONHE DANNYAE WATKINS, by and through his attorney, Monroe D. McWard of McWard Law Office, and for his commentary on Sentencing states to this Honorable Court that:

**FACTUAL BASIS**

1.  The Defendant was arrested for A Felon in possession of firearm, 18 U.S.C. § 922 (g)(I), 18 U.S.C. § 942 (a)(2) a Class C Felony.  He was taken into custody on June 7, 2017, by the Champaign County Sheriff's Task Force.

On December 6, 2017, a one count criminal complaint charge that "Mr. Watkins" knowingly possessed a firearm after having been convicted of a felony offense in the State of Illinois.

2.  On February 23, 2018, he entered into an open plea to Count I of the Indictment.

## CONDUCT OF THE DEFENDANT

Mary J. Kennedy, Probation Officer from Central District of Illinois, completed a Presentence Investigation Report ( P.S. I.) on May 3, 2018 and a subsequent revised P.S.I. in June of 2018.  The offense conduct is laid out by Probation Officer Kennedy in paragraphs 5-12 of the P.S.I.  Attorney McWard met with the Defendant three times at the Moultrie County Jail and during neither of these meetings did the Defendant object to substantive parts of the P.S.I. report.

## CRIMINAL HISTORY

The Defendant has a criminal history. His points total criminal history points of five resulting in a criminal history category of III.

## GOVERNMENT'S POSITION ON SENTENCING

The Government will recommend a sentence within the sentencing guidelines, with no downward departure.

Probation Officer Kennedy calculated the sentencing guidelines of the Defendant as set forth in the Presentence Report.  Her calculations and reasons are set forth in significant detail through the Presentence Investigation dated May 2018, as well as the revised Presentence Investigation Report.  As well as a revised presentence investigation report dated June 22, 2018.

The guideline provisions as set forth in the Presentence Report state that with the Defendant's criminal history, Category III, that the guidelines imprisonment range is 37-46 months,  with a minimum term to be satisfied with imprisonment.

Notwithstanding, the above statutory guidelines, we would ask the Court to depart from the guidelines, and sentence the Defendant somewhere in the range of 24-27 months. Alternatively, we would ask the Court to sentence the Defendant at the low end of the guidelines range of months 37-46 months.

WHEREFORE, the Defendant, JAMONHE DANNYAE WATKINS, respectfully prays that this Honorable Court to:

1. Consider the arguments set forth in this commentary.

2. Sentence the Defendant to a just sentence reflecting the above considerations.

3. To make a recommendation to the Bureau of Prisons that the Defendant be placed in drug treatment within the Bureau of Prisons during the time of his incarceration.

4. To make a recommendation to the Bureau of Prisons to place the Defendant in a facility as close to Central Illinois as possible.

5. And for such other relief this Court deems fair and equitable.

BY: /s/ Monroe D. McWard
Monroe D. McWard, His Attorney
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799

## CERTIFICATE OF SERVICE

**TO:** ryanfinlen
Ryan.finlen@usdoj.gov

Donald Parkinson
office@parkinsonlawoffice.com

The undersigned does hereby certify that on the 6th day of July, 2018, she served the foregoing **DEFENDANT'S COMMENTARY ON SENTENCING** by emailing or depositing a copy in the United States Mail in Taylorville, IL 62568, in an envelope with sufficient First Class Postage attached to carry same to its destination as addressed above.

Under penalties as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

By: /s/ Jeanette Reed
McWARD LAW OFFICE
107 South Washington Street
Taylorville, IL 62568
(217) 824-2900
Reg. No. 06190799