E-FILED
Friday, 20 December, 2019 01:57:59 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB 12C
(Rev. 1/13)

# United States District Court
## for
## CENTRAL DISTRICT OF ILLINOIS



### Petition for Warrant or Summons for Offender Under Supervision

| NAME/ADDRESS OF OFFENDER | Jamonhe Dannvae Watkins<br><br>Champaign, Illinois 61822 |
|---|---|
| CASE NUMBER | 18-20001-001 |
| SENTENCING JUDICIAL OFFICER | Colin S. Bruce<br>U.S. District Judge |
| ORIGINAL SENTENCE DATE | July 9, 2018 |
| ORIGINAL OFFENSE | Felon in Possession of Firearm |
| ORIGINAL SENTENCE | 32 months imprisonment and 3 years supervised release with the following conditions: 1) Not knowingly leave the judicial district without permission of the court or probation officer; 2) Report to the probation officer in as directed; 3) Follow the instructions of the probation officer; 4) Shall notify the probation officer at least ten days prior, or as soon as knowledge is gained, to any change of residence or employment; 5) Not knowingly meet, communicate, or otherwise interact with any person whom he knows to be a convicted felon; 6) Permit a probation officer to visit the defendant at home or elsewhere and permit confiscation of any contraband observed in plain view 7) Notify the probation officer within 72 hours of being arrested or questioned by law enforcement; 8) Not knowingly possess a firearm, ammunition or destructive device; 9) Not purchase, possess, use, distribute, or administer any controlled substance or psychoactive substances that impair physical or mental functioning, except as prescribed by a physician and participate in testing; and 10) Shall attempt to obtain a GED within the first 12 months of supervision. |
| TYPE OF SUPERVISION | Term of Supervised Release |
| DATE SUPERVISION COMMENCED | September 13, 2019 |
| ASSISTANT U.S. ATTORNEY | Ryan Finlen |
| DEFENSE ATTORNEY | Monroe D. McWard |

## PETITIONING THE COURT

☒   To issue a warrant
☐   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Re: Watkins, Jamonhe Dannyae
Page 2

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|

1.  **LAW VIOLATION: POSSESSION OF A CONTROLLED SUBSTANCE**

    **MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.**

    A. On November 12, 2019, offender Watkins possessed and used cocaine as determined by Alere Toxicology Services, Gretna, Louisiana, after urine provided by the offender tested positive for cocaine. On November 19, 2019, the offender denied using cocaine.

    B. On November 27, 2019, offender Watkins possessed and used cocaine as determined by Pharmchem Laboratories, Forth Worth, Texas, after a sweatpatch provided by the offender tested positive for cocaine. On December 5, 2019, the offender denied using cocaine.

    C. On December 3, 2019, offender Watkins possessed and used cocaine as determined by Pharmchem Laboratories, Forth Worth, Texas, after a sweatpatch provided by the offender tested positive for cocaine.

Re: Watkins, Jamonhe Dannyae
Page 3

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be
    ☒ revoked
    ☐ extended for year, for a total of years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

s/Alicia L Waite

Alisha L. Waite
U.S. Probation Officer
December 18, 2019

ALW:alw

**THE COURT ORDERS:**

☐ No action
☒ The issuance of a warrant
☐ The issuance of a summons
☐ Other: _____

s/Eric I. Long

Eric I. Long
U.S. Magistrate Judge
Date: 12/18/2019